MATTHEW NOVIAN (SBN 324144)
matthew@novianlaw.com
LAUREN WOODLAND (SBN 283052)
Laurenw@novianlaw.com
CODY FISHER (SBN 342338)
fisher@novianlaw.com
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, CA  90067
Telephone:   (310) 553-1222
Facsimile:    (310) 553-0222
Attorneys for Plaintiffs Adam Risch and Yonatan Gliksman and the Proposed Class

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RISCH and YONATAN GLIKSMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KALSHIEX LLC, a Delaware limited liability company; KALSHI INC., a Delaware corporation; KALSHI KLEAR LLC, a Delaware limited liability company; KALSHI KLEAR INC., a Delaware corporation; KALSHI TRADING LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-02390-KS<br><br>**PROOF OF SERVICE OF SUMMONS ON DEFENDANT KALSHI TRADING LLC** |

Case 2:26-cv-02390-KS    Document 6    Filed 03/11/26    Page 2 of 2    Page ID #:34

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-2390

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **KALSHI TRADING LLC**

was received by me on *(date)*  **03/16/2026**  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  CORPORATION SERVICE COMPANY, AS AGENT, ACCEPTED BY MS. DENISE (MANAGING AGENT EMPLOYED AT REGISTERED AGENT)  , who is

designated by law to accept service of process on behalf of *(name of organization)*  KALSHI TRADING LLC

251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808, AT 12:15 PM  on *(date)*  03/16/2026  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  03/16/2026 _____

_____
*Server's signature*

GILBERT DEL VALLE          PROCESS SERVER
_____
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LLC
PO BOX 1360, WILMINGTON, DE 19899
302-475-2600

_____
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT WITH DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT;