Samir L. Vora (SBN 253772)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067-3019
Telephone: (424) 386-4316
SVora@milbank.com

*Attorneys for Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RISCH and YONATAN GLIKSMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KALSHIEX LLC, a Delaware limited liability company; KALSHI INC., a Delaware corporation; KALSHI KLEAR LLC, a Delaware limited liability company; KALSHI KLEAR INC., a Delaware corporation; KALSHI TRADING LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02390-SB-MAA<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR KALSHI DEFENDANTS' ANTICIPATED MOTIONS**<br><br>*[[Proposed] Order filed concurrently]*<br><br>Judge: Hon. Stanley Blumenfeld Jr.<br><br>Complaint served: March 16, 2026<br>Current response date: May 6, 2026 |

Pursuant to Local Rule 7-1 of the Local Rules for the United States District Court for the Central District of California, Plaintiffs Adam Risch and Yonatan Gliksman ("Plaintiffs") and Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC ("Kalshi Defendants"), by and through their respective undersigned counsel, stipulate and agree as follows:

I.    **RECITALS**

WHEREAS, Plaintiffs filed their Complaint on March 5, 2026, Dkt. 1, and served Defendants Kalshi Inc., Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC (collectively, the "Served Defendants") on March 16, 2026, Dkts. 7-10;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A), the Served Defendants' response to the Complaint was due by April 6, 2026;

WHEREAS, KalshiEX LLC agreed to waive service of the Complaint;

WHEREAS, pursuant to C.D. Cal. Local Rule 8-3, the parties filed a Joint Stipulation to Extend Time to Respond by No More Than Thirty (30) days to May 6, 2026 (Dkt. 15);

WHEREAS, the parties commenced meet and confer discussions on Kalshi Defendants' anticipated pre-answer motions;

WHEREAS, the parties discussed that Kalshi Defendants intend to file a motion to transfer the case to the United States District Court for the Southern District of New York ("Motion to Transfer"), where a similar purported class action is currently pending concerning the same event contract, *see Golan v. KalshiEX LLC et al.*, No. 26 Civ. 2394 (ER) (S.D.N.Y.), and that Kalshi Defendants intend to file a motion to compel arbitration ("Motion to Compel");

WHEREAS, Kalshi Defendants intend to move to dismiss the Complaint under Federal Rule of Civil Procedure 12(b) ("Motion to Dismiss") if the Motion to Transfer and the Motion to Compel are denied;

WHEREAS, given that the case may be transferred to the Southern District of

New York or sent to arbitration, the parties request that Kalshi Defendants' deadlines for responding to the Complaint be stayed until after the Court rules on the Motion to Transfer and the Motion to Compel to avoid unnecessary filings and work by both the parties and the Court;

WHEREAS, in order to avoid unnecessary and duplicative expenditure of the parties' and the Court's resources, the parties have agreed that Kalshi Defendants' time to respond to the Complaint be adjourned until the Court rules on the Motion to Transfer and the Motion to Compel, to the extent and in the manner set forth below.

## STIPULATION

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate that:

1.     Kalshi Defendants shall file the Motion to Transfer and the Motion to Compel on or before May 6, 2026;

2.     Plaintiffs shall file their oppositions to Kalshi Defendants' Motion to Transfer and Motion to Compel on or before June 5, 2026;

3.     Kalshi Defendants shall file replies in support of the Motion to Transfer and Motion to Compel on or before June 22, 2026;

4.     Kalshi Defendants' deadlines for responding to the Complaint shall be stayed until after the Court rules on the Motion to Transfer and Motion to Compel;

5.     Kalshi Defendants shall answer or file their Motion to Dismiss within 28 days of the Court's denial of the Motion to Transfer and the Motion to Compel, or, if the Court rules on the motions at different times, within 28 days of the later ruling;

6.     Plaintiffs shall have 28 days to file their opposition to Defendants' Motion to Dismiss, and Defendants shall have 14 days to file their reply.

JOINT STIPULATION REGARDING BRIEFING SCHEDULE
FOR DEFENDANTS' ANTICIPATED MOTIONS

Dated: April 29, 2026                    **MILBANK LLP**

   By */s/* Samir L. Vora              
Samir L. Vora

*Attorneys for Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC*

Dated: April 29, 2026                    **NOVIAN & NOVIAN LLP**

By /s/ Matthew Novian           
Matthew Novian

*Attorneys for Plaintiffs Adam Risch and Yonatan Gliksman, individually and on behalf of all others similarly situated*

**FILER'S ATTESTATION OF CONCURRENCE**

Pursuant to Local Rule 5-4.3.4, I, Samir L. Vora, hereby attest that all the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: April 29, 2026

/s/ Samir L. Vora
Samir L. Vora

JOINT STIPULATION REGARDING BRIEFING SCHEDULE
FOR DEFENDANTS' ANTICIPATED MOTIONS