UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:26-cv-02390-SB-MAA | Date: | May 8, 2026 |
|---|---|---|---|

Title:    Adam Risch et al v. KalshiEX LLC et al.

Present: The Honorable    **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Matthew Joseph Novian | Andrew L Porter |
| Cody Scott Fisher | |

**Proceedings: (Minutes of)** Mandatory Scheduling Conference **(Held and completed)**

The Court heard from the parties about the contents of their joint Rule 26(f) report. For the reasons stated on the record, the Court continues the MSC to June 5, 2026, at 8:30 a.m.

0:07