MATTHEW NOVIAN (SBN 324144)
matthew@novianlaw.com
LAUREN WOODLAND (SBN 283052)
Laurenw@novianlaw.com
CODY FISHER (SBN 342338)
fisher@novianlaw.com
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, CA  90067
Telephone:   (310) 553-1222
Facsimile:    (310) 553-0222

Attorneys for Plaintiffs
Adam Risch and Yonatan Gliksman and the Proposed Class

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RISCH and YONATAN GLIKSMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KALSHIEX LLC, a Delaware limited liability company; KALSHI INC., a Delaware corporation; KALSHI KLEAR LLC, a Delaware limited liability company; KALSHI KLEAR INC., a Delaware corporation; KALSHI TRADING LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-02390-SB-MAA<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Date: June 5, 2026<br>Time: 8:30 a.m.<br>Crtrm: 6C<br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Trial Date: None Set<br>Action Filed: March 5, 2026 |

PLS.' REQUEST FOR JUDICIAL NOTICE ISO OPP. TO MOT. TO TRANSFER VENUE

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**

## I.   INTRODUCTION

Pursuant to Federal Rule of Evidence 201, Plaintiffs Adam Risch and Yonatan Gliksman respectfully request that the Court take judicial notice of the following materials in connection with their Opposition to Defendants' Motion to Transfer Venue.

## II.   MATERIALS FOR WHICH JUDICIAL NOTICE IS REQUESTED

### A.   Federal Court Management Statistics (December 2025)

The Administrative Office of the United States Courts publishes the Federal Court Management Statistics on a quarterly basis. The most recent statistics, for the twelve-month period ending December 31, 2025, are available on the official website of the United States Courts at https://www.uscourts.gov/data-news/data-tables/federal-court-management-statistics/federal-court-management-statistics-december-2025 (last visited May 15, 2026). A true and correct copy of the December 2025 Federal Court Management Statistics is attached as **Exhibit A**.

### B.   The Docket and Filings in *Golan v. KalshiEX LLC*, No. 1:26-cv-02394 (S.D.N.Y.)

The Court is requested to take judicial notice of the docket and selected filings in the parallel putative class action *Golan v. KalshiEX LLC*, No. 1:26-cv-02394 (S.D.N.Y.), including (a) the docket sheet maintained by the Clerk of the Southern District of New York; (b) the Complaint in *Golan*, Dkt. No. 1 (S.D.N.Y. Mar. 24, 2026); and (c) the absence of any docket entry reflecting an initial status conference, Rule 26(f) report, or responsive pleading as of the date of this filing. True and correct copies of the docket sheet and the *Golan* complaint are attached as **Exhibits B and C**, respectively.

## III.  LEGAL STANDARD

Federal Rule of Evidence 201(b) provides that a court may take judicial notice of facts that are "not subject to reasonable dispute" because they (1) are "generally known within the trial court's territorial jurisdiction" or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Judicial notice is mandatory if "a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Each of the items above qualifies for judicial notice. Federal Court Management Statistics are official public records of the Administrative Office of the United States Courts and are routinely judicially noticed in § 1404(a) proceedings. *See Mirza v. Cent. Asia Inst.*, 2014 WL 12663437, at *12 (C.D. Cal. May 27, 2014) (taking judicial notice of statistics compiled by the Administrative Office of the U.S. Courts). Court filings and dockets in other federal actions are similarly noticeable as public records. *See Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (courts may take judicial notice of "matters of public record"); *Harris v. Cnty. of Orange*, 682 F.3d 1126, 1131–32 (9th Cir. 2012) (same).

## IV.  CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court take judicial notice of the materials identified above. A Proposed Order is filed concurrently with this Request.

Dated: May 15, 2026

Respectfully submitted,

**NOVIAN & NOVIAN, LLP**

By: /s/ Cody Fisher
CODY FISHER
Attorneys for Plaintiffs
Adam Risch and Yonatan
Gliksman and the Proposed Class

3

PLS.' REQUEST FOR JUDICIAL NOTICE ISO OPP. TO MOT. TO TRANSFER VENUE